UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-061RSM |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| CALEB ANDREW DIERLAM, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the defendant's motion to file the sentencing memorandum and attached exhibits under seal pursuant to CrR 55(b). The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the sentencing memorandum and attached exhibits be filed under seal.

DATED this 26 day of February 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Federal Public Defender
Attorney for Caleb Andrew Dierlam

ORDER TO SEAL DOCUMENT - 1
(*U.S.A. v. Caleb Andrew Dierlam*, CR17-061RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100